IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GARY BLUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-0124-CG-M |
| | ) |
| CHRISTOPHER TOMLINSON, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**DONE and ORDERED** this 1st day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE